Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile: (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Timothy Rocheleau*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Rocheleau,<br><br>     Plaintiff,<br><br>     v.<br><br>The Lincoln National Life Insurance Company,<br><br>     Defendant. | Case No.  4:13-cv-00415-JGZ<br><br>**NOTICE AND STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS** |

As required by the Court's August 27, 2013 Scheduling Order (Dkt. #21), the parties provide this notice regarding the status of settlement talks.  The parties have engaged in good-faith settlement talks.  Negotiations are still in progress.

At this point, the parties do not believe that a formal settlement conference is necessary.  If that changes, the parties will ask the Court to refer the case for a settlement conference.  The parties also will inform the Court immediately if they settle this case.

/
/
/
/

RESPECTFULLY SUBMITTED this 12th day of November, 2013.

By:   /s/ Scott E. Davis
        Scott E. Davis
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ann-Martha Andrews, Esq.
Todd D. Erb, Esq.
Lewis and Roca, LLP
40 N. Central Ave
Phoenix, AZ 85004-4429

Byrne Decker, Esq.
Pierce Atwood, LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
Attorneys for Defendant

By: /s/ Lisa L. Martinez
An employee of Scott E. Davis