Scott E. Davis
State Bar No. 016160
S<small>COTT</small> E. D<small>AVIS</small>, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Timothy Rocheleau*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Rocheleau,<br><br>    Plaintiff,<br><br>    v.<br><br>The Lincoln National Life Insurance Company,<br><br>    Defendant. | Case No. 4:13-cv-00415-JGZ-LAB<br><br>**NOTICE RE PLAINTIFF'S WRITTEN DISCOVERY REQUESTS SERVED** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Plaintiff's written discovery requests were served on Defendant's counsel by certified mail on December 5, 2013.

RESPECTFULLY SUBMITTED this 5th day of December, 2013.

        SCOTT E. DAVIS, P.C.

        By: */s/ Scott E. Davis*
            Scott E. Davis
            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 5, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ann-Martha Andrews, Esq.
Todd D. Erb, Esq.
Lewis and Roca, LLP
40 N. Central Ave
Phoenix, AZ 85004-4429

Byrne Decker, Esq.
Pierce Atwood, LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101


By:   */s/ Lisa L. Martinez*
An Employee of Scott E. Davis, P.C.