Todd D. Erb
LEWIS ROCA ROTHGERBER
201 E. Washington Street
Phoenix, AZ  85004-2595
(602) 262-5311
TErb@LRLaw.com

Byrne J. Decker, Esquire (*pro hac vice*)
**PIERCE ATWOOD LLP**
254 Commercial Street
Portland, ME  04101
(207) 791-1152
bdecker@pierceatwood.com

*Attorneys for Defendant The Lincoln*
*National Life Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| TIMOTHY ROCHELEAU,<br><br>            Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>            Defendant | Case No.<br>4:13-CV-00415-LAB |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Timothy Rocheleau and Defendant The Lincoln National Life Insurance Company, by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective costs and attorney's fees.

Dated: February 24, 2014

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| SCOTT E. DAVIS PC | LEWIS ROCA ROTHGERBER |

By: /s/ Scott E. Davis  
Scott E. Davis  
20827 N Cave Creed Rd.  
Suite 101  
Phoenix, AZ  85024  
(602) 482-4300

By:/s/ Todd D. Erb  
Todd D. Erb  
201 E. Washington Street  
Phoenix, AZ  85004-2595  
(602) 262-5311

PIERCE ATWOOD LLP

By:/s/ Byrne J. Decker  
Byrne J. Decker  
Merrill's Wharf  
254 Commercial Street  
Portland, ME  04101  
(207) 791-1152

SO ORDERD:

Dated:  This_____ day of February, 2014.

_____  
Honorable Leslie A. Bowman  
United States District Judge

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed this document using the CM/ECF system which will send notification of such filing(s) to the following:

Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.O.
20827 N Cave Creek Road, Suite 101
Phoenix, AZ 85024
Telephone: (602) 482-4300
Facsimile: (602)569-9720
email: davis@scottdavispc.com

By  /s/ Byrne J. Decker