# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Rocheleau,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company,<br><br>　　　　　Defendant. | No. CV-13-00415-TUC-JGZ (LAB)<br><br>**ORDER** |

Having received the Parties' "Stipulation of Dismissal" of this case with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., each party to bear its own attorneys' fees and costs (Doc. 25),

**IT IS ORDERED** that the **CLERK OF THE COURT CLOSE** this matter.

Dated this 26th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer G. Zipps
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge